448 A.2d 1158

Commonwealth v. Hallberg, Appellant.

Submitted April 16, 1980. Dennis B. Rafferty, for appellant; Walter S. Vuckovich, District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.